STATE v. WATSON

No. 67 PC.

Case below: 32 N.C. App. 399.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1977.

STATE v. WILLIAMS

No. 102.

Case below: 32 N.C. App. 204.

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 5 April 1977.

STRICKLAND v. KING and SELLERS v. KING

No. 62 PC.

Case below: 32 N.C. App. 222.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 5 April 1977.

WATERS v. PHOSPHATE CORP.

No. 74 PC.

Case below: 32 N.C. App. 305.

Petition by defendants for discretionary review under G.S. 7A-31 denied 5 April 1977.